IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

PATTI PARRISH                                                                               PLAINTIFF

v.                                      No. 2:04CV00190 JLH

METROPOLITAN LIFE INSURANCE COMPANY;
AMERICAN GREETINGS CORPORATION;
GATES MCDONALD & COMPANY; and AMERICAN
GREETINGS CORPORATION WELFARE BENEFITS PLAN                     DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately this day, judgment is hereby entered in favor of the defendants on the claim of Patti Parrish. Patti Parrish's complaint is dismissed with prejudice. The decision of the claims administrator denying her application for long-term disability benefits past October 31, 2003, is affirmed.

IT IS SO ORDERED this 20th day of June, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE